IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:16cr48-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **PRELIMINARY ORDER** |
| v. | ) | **OF FORFEITURE** |
| | ) | *(NUNC PRO TUNC)* |
| TEDDY DWANE MCGEE | ) | |

In the Superseding Bill of Indictment in this case, the United States sought forfeiture of property pursuant to 21 U.S.C. § 853 as property that was involved in the crimes charged.

Defendant pled guilty to Count One in the Superseding Bill of Indictment; and was adjudged guilty of the offenses charged in that count. At sentencing, upon hearing the evidence, this Court determined that defendant would be ordered to forfeit specific property as described in the Consent Order and Judgment of Forfeiture. (Doc. 64) Pursuant to the government's motion, this order is entered reflecting additional weapons seized during the investigation, *nunc pro tunc*.

It is therefore ORDERED, *nunc pro tunc*:

1. Based upon defendant's conviction and the sentencing hearing, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853:

- **One Savage 940B 16 gauge shotgun with no serial number**
- **One Rossi G22 .22 caliber rifle, serial number G04766**
- **One .32 caliber rifle with unknown manufacture and no serial number**
- **One Bryco Arms 48 , .380 caliber pistol, serial number 066527**
- **One High Standard Double Nine .22 caliber revolver, with obliterated serial number**
- **One Smith & Wesson .38 caliber revolver, serial number J460344**
- **One Armi F LLI Poli TA76 .22 caliber revolver, serial number D05095**

Signed: December 6, 2017

Richard L. Voorhees
United States District Judge